UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ORTIZ, | NO. EDCV 16-1847-AG (AGR) |
|     Petitioner, | |
| | JUDGMENT |
|   v. | |
| J. CASTELO, Warden, | |
|     Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied as untimely.

DATED: December 27, 2016

_____
ANDREW J. GUILFORD
United States District Judge